IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00944-MSK-CBS

RONALD B. GRASSI and
DEBRA GRASSI,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA and
JERE SUTTON, D.O.,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

Pending before the court is a Stipulated Motion to Take the Deposition of Plaintiff, Ronald Grassi (docketed as "First Motion to Compel Disposition") (*doc. no. 28).*

IT IS ORDERED that the instant motion is **GRANTED**. Counsel for the Defendants of this cause are permitted to take the deposition of the Plaintiff Ronald, identified as inmate number 125883, in accordance with the Colorado Department of Correction Administrative Regulation number 750-3, same to occur at Colorado Correctional Facility located at 275 Highway 50, Canyon City, Colorado 81212, on mutually agreeable date and time. The manner of the deposition shall be before a certified court reporter.

Counsel are reminded that pursuant to D.C.COLOL.CIVR. 10.1E all papers filed with this court shall be double spaced.

**DATED:**　　　November 5, 2007