IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00944-MSK-KMT

RONALD B. GRASSI and
DEBRA GRASSI,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA and
JERE SUTTON, D.O.,

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion to Vacate Settlement Conference" (#49, filed March 19, 2008) is GRANTED. The Settlement Conference set for April 1, 2008 is VACATED.

Dated: March 21, 2008