IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00944-MSK-KMT

RONALD B. GRASSI and
DEBRA GRASSI,

       Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,

       Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER coming on to be heard upon the Stipulated Motion for Dismissal With Prejudice **(#78)** and the Court being fully advised in the premises,

**IT IS ORDERED** that the motion is **GRANTED** and Jere Sutton, D.O. is **DISMISSED WITH PREJUDICE** from this action each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. It is

**FURTHER ORDERED** that All future pleadings shall omit Dr. Sutton's name from the caption.

DATED this 24th day of September, 2008.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge