IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00944-MSK-KMT

RONALD B. GRASSI and
DEBRA GRASSI,

       Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,

       Defendant.

_____

**ORDER VACATING PRETRIAL CONFERENCE**
_____

       **THIS MATTER** comes before the Court *sua sponte*.

       A Pretrial Conference is scheduled in this matter for December 9, 2008. The Court anticipates that it will shortly be entering an order on the Defendant's Motion for Summary Judgment that will resolve the case in its entirety. Accordingly, because it appears that a pretrial conference will not be necessary, the conference set for December 9, 2008 is **VACATED**.

       Dated this 8th day of December, 2008

                                         **BY THE COURT:**

                                         Marcia S. Krieger
                                         United States District Judge